IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LINDA OLSON,                            )
        Plaintiff,             )
                                        )
v.                                      )         1:22CV527
                                        )
KILOLO KIJAKAZI                         )
Acting Commissioner of Social Security  )
                                        )
        Defendants.            )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on July 21, 2023, was served on the parties in this action. (ECF Nos. 21, 22.) Defendant filed objections to the Magistrate Judge's Recommendation, (ECF No. 23), to which Plaintiff responded, (ECF No. 24).

The Court has appropriately reviewed the Magistrate Judge's Recommendation and Defendant's Objections and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the stay in this matter be **LIFTED**, that the Commissioner's decision finding no disability be **REVERSED**, and that the matter be **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g).

The Commissioner is directed to **REMAND** the matter to the ALJ for proceedings consistent with this Order. To this extent, Defendant's Motion for Judgment on the Pleadings,

(ECF No. 17), is **DENIED** and Plaintiff's Motion for Judgment, (ECF No. 11), is **GRANTED**. However, to the extent that Plaintiff's motion seeks an immediate award of benefits, it is **DENIED**.

This, the 14th day of August 2023.

/s/ Loretta C. Biggs<br>United States District Judge