IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LINDA OLSON,                          )
        Plaintiff,              )
                                      )
        v.                      )          1:22CV527
                                      )
KILOLO KIJAKAZI                       )
Acting Commissioner of Social Security )
                                      )
        Defendants.             )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the stay in this matter be **LIFTED**, that the Commissioner's decision finding no disability be **REVERSED**, and that the matter be **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g).

The Commissioner is directed to **REMAND** the matter to the ALJ for proceedings consistent with this Order. To this extent, Defendant's Motion for Judgment on the Pleadings, (ECF No. 17), is **DENIED** and Plaintiff's Motion for Judgment, (ECF No. 11), is **GRANTED**. However, to the extent that Plaintiff's motion seeks an immediate award of benefits, it is **DENIED**.

This, the 14th day of August 2023.

/s/ Loretta C. Biggs
United States District Judge